IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

STEVE AULT                                                                                          PLAINTIFF

v.                                    Case No. 4:12-CV-228-KGB

SAM BAKER, INDIVIDUALLY
AND IN HIS OFFICIAL CAPACITY, AND
SHERRIFF GERALD ROBINSON,
INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY                      DEFENDANTS

## ORDER AND NOTICE OF HEARING

By prior Order, the Court set a hearing for November 8, 2012 (Dkt. No. 12), to address plaintiff Steve Ault's request for default judgments (Dkt. No. 7 and 8) and damages based on the Clerk's entries of default (Dkt. No. 10 and 11). On October 18, 2012, defendants filed their motions to set aside default (Dkt. No. 13) and to continue, reschedule, or cancel the damages hearing (Dkt. No. 14). Defendants request in part that this Court set aside the Clerk's defaults or, in the alternative, grant defendants a jury trial on the issue of damages. The Court will not conduct a hearing on damages on November 8, 2012. Instead, the Court will hear argument on defendants' pending motions (Dkt. No. 13 and 14) at the hearing scheduled for Thursday, November 8, 2012, at 9:00 a.m. in Courtroom 4C at the Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas, 72201. The Court shall reset the date for the damages hearing by separate Order, if appropriate, based on the Court's rulings on defendants' pending motions.

SO ORDERED this the 31 day of October, 2012.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE