# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**STEVE AULT**                                                                                              **PLAINTIFF**

**v.**                                    **Case No. 4:12-cv-00228-KGB**

**SAM BAKER, INDIVIDUALLY**
**AND IN HIS OFFICIAL CAPACITY, AND**
**SHERRIFF GERALD ROBINSON,**
**INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY**                **DEFENDANTS**

## ORDER

Based upon counsels' written representations to this Court, this case is removed from the trial docket for the week of February 3, 2014.

SO ORDERED this the 15th day of January, 2014.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE