IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**STEVE AULT**                                                       **PLAINTIFF**

**v.**                      Case No. 4:12-cv-00228-KGB

**SAM BAKER, INDIVIDUALLY
AND IN HIS OFFICIAL CAPACITY, AND
SHERRIFF GERALD ROBINSON,
INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY**         **DEFENDANTS**

## ORDER

Before the Court is the parties' joint motion to dismiss (Dkt. No. 30). The parties jointly request that this Court dismiss plaintiff's complaint with prejudice as part of the settlement agreement entered into between the parties. Accordingly, plaintiff's complaint is hereby dismissed with prejudice.

SO ORDERED this the 7th day of February, 2014.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE